**United States District Court**
For the Northern District of California

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

PAUL A. SANTELLANO,                    No. C 11-01001 CW (PR)

5          Plaintiff,

6      v.

7

MARIN COUNTY DISTRICT ATTORNEYS
8  OFFICE, et al.,

9          Defendants.
   _____/

10

11 PAUL A. SANTELLANO,                   No. C 11-01002 CW (PR)

12         Plaintiff,

13     v.                                ORDER OF DISMISSAL WITHOUT
                                         PREJUDICE; TERMINATING ALL
   STATE OF CALIFORNIA, et al.,          PENDING MOTIONS
14

15         Defendants.
   _____/

16

17     Plaintiff, a state prisoner, filed the instant pro se prisoner

18 complaints on March 3, 2011, when he was incarcerated at the Santa

19 Clara County Jail.

20     On June 2, 2011, mail directed to Plaintiff by the Court in

21 case No. C 11-01001 was returned as undeliverable to the Clerk of

22 the Court with a notation that Plaintiff was "not in custody."  To

23 date, Plaintiff has not updated his address with the Court or

24 submitted any further pleadings in case No. C 11-01001.

25     Pursuant to Northern District Local Rule 3-11 a party

26 proceeding pro se whose address changes while an action is pending

27 must promptly file a notice of change of address specifying the new

28 address.  See L.R. 3-11(a).  The court may, without prejudice,

**United States District Court**
For the Northern District of California

1 dismiss a complaint when: (1) mail directed to the <u>pro se</u> party by

2 the court has been returned to the court as not deliverable, and

3 (2) the court fails to receive within sixty days of this return a

4 written communication from the <u>pro se</u> party indicating a current

5 address.  <u>See</u> L.R. 3-11(b).

6        More than sixty days have passed since the mail directed to

7 Plaintiff by the Court in case No. C 11-01001 was returned as

8 undeliverable, and the Court has not received a notice from

9 Plaintiff of a new address.  Accordingly, case No. C 11-01001 is

10 DISMISSED without prejudice pursuant to Rule 3-11 of the Northern

11 District Local Rules.

12        Additionally, in view of Plaintiff's having filed case No.

13 C 11-01002 on the same date and with the same return address as

14 case No. C 11-01001, and Plaintiff's failure, since the date of

15 filing, to update his address in that case or submit any further

16 pleadings therein, case No. C 11-01002 is DISMISSED without

17 prejudice for failure to prosecute.

18        The Clerk of the Court shall enter judgment in accordance with

19 this Order, terminate all pending motions in both cases and close

20 the files.

21        IT IS SO ORDERED.

22 Dated:  8/9/2011

CLAUDIA WILKEN

23 UNITED STATES DISTRICT JUDGE

24

25

26

27

28                                    2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL A SANTELLANO,

        Plaintiff,

  v.

MARIN COUNTY DISTRICT et al,

        Defendant.

                                 /

Case Number: CV11-01001 CW
CV11-01002 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul A. Santellano #10059539
DBV552
San Clara County Jail
885 N. San Pedro St.
San Jose,  CA 95110

Dated: August 9, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

**United States District Court**
For the Northern District of California

3